# IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE
## AT KNOXVILLE
### Assigned on Briefs August 30, 2011

## STATE OF TENNESSEE v. SUSAN RENEE BISE

**Direct Appeal from the Criminal Court for Greene County**
**No. 09-CR-353      John F. Dugger, Jr., Judge**

_____

**No. E2011-00005-CCA-R3-CD - Filed September 15, 2011**

_____


JOHN EVERETT WILLIAMS, J., concurring in results only.

Judge Glenn, Judge Woodall, and I all agree that the trial court inappropriately applied a single enhancement factor when considering the defendant's sentence. I write separately because each of us has different opinions as to what process should be used in determining the end result in circumstances in which the trial court inappropriately applied a single enhancing factor. Because I believe the trial judge is "closer to the case," I would prefer to remand this case to the trial court for resentencing. I do not have that option as a result of my other two colleagues' decisions. Therefore, with the trial court not having a presumption of correctness, I have reviewed the case *de novo* and, after giving consideration to the principles of sentencing, have concluded that the defendant's appropriate sentence is two years. The result that I reached is the same reached by Judge Glenn's opinion announcing the decision of the court. However, I think Judge Woodall has expressed appropriate concerns about the language contained in that opinion.


_____
JOHN EVERETT WILLIAMS, JUDGE